IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOHN BERG,

        Plaintiff,                    No. 2:09-cv-1492 MCE KJN P

    vs.

KAZALEC, et al.,

        Defendants.            <u>ORDER</u>

                              /

        Plaintiff is a California state prisoner proceeding without counsel, in a civil rights action under 42 U.S.C. § 1983. Frank Noey has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Frank Noey is appointed as counsel in the above entitled matter. Mr. Noey has mailed plaintiff an engagement letter; the appointment shall be contingent on plaintiff executing the engagement letter and returning it to Mr. Noey.

        2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

////

3. The Clerk of the Court is directed to serve a copy of this order upon Frank Noey, Downey Brand, 621 Capitol Mall, 18th Floor, Sacramento, California 95814.

DATED:  May 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

berg1492.31