IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOHN BERG,

    Plaintiff,　　　　　　　　No. 2:09-cv-1492 MCE KJN P

    vs.

KAZALEC, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff's appointed counsel, Frank E. Noey, seeks reimbursement of expenses associated with traveling to plaintiff's place of incarceration and interviewing plaintiff. Such expenditures were approved by order of this court filed June 24, 2011, for an amount not to exceed $775.00. (Dkt. No. 34). Counsel states that his actual expenditures were $727.13. (Dkt. No. 39). Accordingly, for good cause shown, the Clerk of Court is hereby directed to reimburse plaintiff's counsel for his actual expenses of $727.13.

    SO ORDERED.

DATED: July 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

berg1492.pay.exp