RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
rlc@randolphlaw.net
WENDY MOTOOKA, State Bar No. 233589
wmotooka@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES, DEPUTY CATER, DEPUTY MROZINSKI and DEPUTY KACALEK

DOWNEY BRAND LLP
FRANK E. NOEY (Bar No. 249676)
JULIANNE R. KAY (Bar No. 267158)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiff
DAVID JOHN BERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN BERG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES; DEPUTY KAZALEC; DEPUTY ISLAS; DEPUTY YOUNGBERG; DEPUTY TUCKER; DEPUTY KENDRICK; DEPUTY CATOR; DEPUTY MROZINSKI; DEPUTY TODD; DEPUTY ROSALES,<br><br>　　　　　Defendants. | No. 2:09-CV-01492 MCE KJN P<br><br>**STIPULATION FOR CONTINUANCE OF HEARING AND TO EXTEND DEFENDANT COUNTY'S TIME TO FILE A RESPONSIVE PLEADING OR MOTION; [~~PROPOSED~~] ORDER**<br><br>Date:　　~~November 10, 2011~~<br>　　　　　**December 8, 2011**<br>Time:　　10:00 A.M.<br>Courtroom: 25, 8th Floor<br>Judge:　　The Hon. Kendall J. Newman |

　　　　WHEREAS the hearing on the motion to dismiss and to sever the First Amended Complaint (hereinafter referred to as "Motion to Dismiss/Sever"), brought by defendants

STIPULATION FOR CONTINUANCE AND
EXTENSION; [PROPOSED] ORDER
Case No. 2:09-cv-01492 MCE KJN　　　　　- 1 -

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

1195575.1

1  DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES,
2  DEPUTY CATER, DEPUTY MROZINSKI and DEPUTY KACALEK, is currently set for
3  November 10, 2011;

4      WHEREAS PLAINTIFF DAVID JOHN BERG's First Amended Complaint adds a newly
5  named defendant, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, whose initial
6  responsive pleading or motion is currently due on November 1, 2011;

7      WHEREAS the parties are currently engaged in settlement negotiations that may fully
8  resolve this case within the next few weeks; and

9      WHEREAS the parties seek to reduce litigation costs and the expenditure of Court
10  resources by abating all motions practice that would be mooted by settlement;

11      THEREFORE, the parties now hereby stipulate through their counsel of record, as
12  follows:

13      1.  Subject to Court approval, the parties agree to continue the hearing date on the
14  currently pending Motion to Dismiss/Sever from November 10, 2011, to December 8, 2011, at
15  10:00 a.m.;

16      2.  The deadlines for Plaintiff's opposition and Defendant's reply for the Motion to
17  Dismiss/Sever will be based off the new hearing date of December 8, 2011;

18      3.  The parties further agree that the newly named defendant, SACRAMENTO
19  COUNTY SHERIFF'S DEPARTMENT, shall have a four-week extension of time to file its
20  initial responsive pleading or motion, which is presently due on November 1, 2011.  Pursuant to
21  this stipulation, the County's initial responsive pleading or motion in this action shall be due on
22  November 29, 2011.

23  //
24  //
25  //
26  //
27  //
28  //

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION FOR CONTINUANCE AND
EXTENSION; [PROPOSED] ORDER
Case No. 2:09-cv-01492 MCE KJN       - 2 -

1195575.1

IT IS SO STIPULATED.

| | |
|---|---|
| DATE: October 26, 2011 | DOWNEY BRAND LLP |
| | /s/ Julianne R. Kay<br>Frank E. Noey<br>Julianne R. Kay<br>Attorneys for Plaintiff |
| DATE: October 26, 2011 | RANDOLPH CREGGER & CHALFANT LLP |
| | /s/ Wendy Motooka<br>Robert L. Chalfant<br>Wendy Motooka<br>Attorneys for Defendants |

## [~~PROPOSED~~] ORDER

After considering the Stipulation by and between the parties through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. The hearing on defendants' pending Motion to Dismiss/Sever, previously set for November 10, 2011, shall be continued to December 8, 2011, at 10:00 a.m.

2. The deadlines for Plaintiff's opposition and Defendant's reply for the Motion to Dismiss/Sever shall be based off the new hearing date of December 8, 2011;

3. Defendant Sacramento County Sheriff's Department shall have an extension of time to file its initial responsive pleading or motion in this action. The County's responsive pleading or motion is now due on November 29, 2011.

**IT IS FURTHER ORDERED** that plaintiff's request for an extension of time to serve defendants Islas and Kendrick (Dkt. No. 48) is GRANTED.

**SO ORDERED.**
DATED: October 28, 2011

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**Berg1492.stip.ord.10.27.11**

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION FOR CONTINUANCE AND EXTENSION; [PROPOSED] ORDER
Case No. 2:09-cv-01492 MCE KJN
- 3 -
1195575.1