# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


DAVID JOHN BERG,

        Plaintiff,             No. 2:09-cv-1492 MCE KJN P

    vs.

KAZALEC, et al.,            **ORDER & WRIT OF HABEAS CORPUS**
                            **AD TESTIFICANDUM**

        Defendants.

_____/

        DAVID JOHN BERG, inmate # G-21795, a necessary and material witness in a settlement conference in this case on February 2, 2012, is confined in Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, at the U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom No.1, on February 2, 2012, at 9:00 a.m.

        ACCORDINGLY, IT IS HEREBY ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, at the time and place noted above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Kern Valley State Prison, P. O. Box 3130, Delano, California 93216:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place noted above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 29, 2011

                           _Kendall J. Newman_
                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

berg1492.841