1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

8
9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| DAVID JOHN BERG, | No.  2:09-CV-01492 MCE KJN |
| Plaintiff, | **SECOND STIPULATION FOR CONTINUANCE OF HEARING; [~~PROPOSED~~] ORDER** |
| v. | |
| JOHN DOES; DEPUTY KAZALEC; DEPUTY ISLAS; DEPUTY YOUNGBERG; DEPUTY TUCKER; DEPUTY KENDRICK; DEPUTY CATOR; DEPUTY MROZINSKI; DEPUTY TODD; DEPUTY ROSALES, | ~~Date~~:      ~~December 8, 2011~~<br>Date:      February 23, 2012<br>Time:      10:00 A.M.<br>Courtroom:  25, 8th Floor<br>Judge:      The Hon. Kendall J. Newman |
| Defendants. | |

20   WHEREAS the hearing on the motion to dismiss and to sever the First Amended

21 Complaint (hereinafter referred to as "Motion to Dismiss/Sever"), brought by defendants

22 DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES,

23 DEPUTY CATER, DEPUTY MROZINSKI and DEPUTY KACALEK, is currently set for

24 December 8, 2011;

25   WHEREAS the Motion to Dismiss/Sever was originally set for November 10, 2011;

26   WHEREAS the parties Stipulated to continue the Motion to Dismiss/Sever in order to

27 continue settlement negotiations;

28   WHEREAS the Stipulation subsequently became an Order entered by this Court on

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION FOR CONTINUANCE; [PROPOSED]
ORDER
Case No. 2:09-cv-01492 MCE KJN          - 1 -

335204.1

1  October 28, 2011;

2  WHEREAS PLAINTIFF DAVID JOHN BERG was recently transferred to a new facility

3  on or about October 27, 2011, thereby interrupting his ability to communicate with his counsel of

4  record and, in turn, participate in settlement negotiations;

5  WHEREAS a result of PLAINTIFF's relocation, the parties settlement negotiations were

6  put on hold;

7  WHEREAS PLAINTIFF is now able to communicate with his counsel and the parties

8  continue to engage in settlement negotiations that may fully resolve this case in the next few

9  weeks; and

10  WHEREAS the parties seek to reduce litigation costs and the expenditure of Court

11  resources by abating all motions practice that would be mooted by settlement;

12  THEREFORE, the parties now hereby stipulate through their counsel of record, as

13  follows:

14  1.  Subject to Court approval, the parties agree to continue the hearing date on the

15  currently pending Motion to Dismiss/Sever from December 8, 2011, to February 23, 2012, at

16  10:00 a.m.;

17  2.  The deadlines for Plaintiff's opposition and Defendant's reply for the Motion to

18  Dismiss/Sever will be based off the new hearing date of February 23, 2012;

19  3.  The parties further agree that the newly named defendant, SACRAMENTO

20  COUNTY SHERIFF'S DEPARTMENT, shall have until January 26, 2012, to file its initial

21  responsive pleading or motion, which is presently due on November 29, 2011.

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION FOR CONTINUANCE; [PROPOSED]
ORDER
Case No. 2:09-cv-01492 MCE KJN                           - 2 -

335204.1

1    IT IS SO STIPULATED.

2

3    DATE:  November 22, 2011              DOWNEY BRAND LLP

4

5                                          _____/s/ Julianne R. Kay_____
                                           Frank E. Noey
6                                          Julianne R. Kay
                                           Attorneys for Plaintiff
7

8    DATE:  November 22, 2011              RANDOLPH CREGGER & CHALFANT LLP

9

10                                         _____/s/ Robert L. Chalfant_____
                                           Robert L. Chalfant
11                                         Wendy Motooka
                                           Attorneys for Defendants
12

13                          [~~PROPOSED~~] ORDER

14        After considering the Stipulation by and between the parties through their counsel of

15   record, **IT IS HEREBY ORDERED THAT:**

16        1.      The hearing on defendants' pending Motion to Dismiss/Sever, previously set for

17   December 8, 2011, shall be continued to **February 23, 2012, at 10:00 a.m.**;

18        2.      The deadlines for Plaintiff's opposition and Defendant's reply for the Motion to

19   Dismiss/Sever shall be based off the new hearing date of February 23, 2012; and

20        3.      Defendant Sacramento County Sheriff's Department shall have an extension of

21   time to file its initial responsive pleading or motion in this action.  The County's responsive

22   pleading or motion is now due on January 26, 2012.

23        **IT IS SO ORDERED.**

24

25   DATED:  November 30, 2011

26
                                           _Kendall J. Newman_____
27                                         KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE
28

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION FOR CONTINUANCE; [PROPOSED]
ORDER
Case No. 2:09-cv-01492 MCE KJN                        - 3 -

335204.1