IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOHN BERG,

          Plaintiff,              No. 2:09-cv-1492 MCE KJN P

   vs.

KAZALEC, et al.,

          Defendants.       <u>ORDER</u>

_____/

       Defendants have filed a Notice Of Settlement in this action, pending approval of the terms of settlement with the Sacramento County Board of Supervisors.  (Dkt. No. 55.)

       Accordingly, IT IS HEREBY ORDERED that:

       1.  The settlement conference scheduled for February 2, 2012, before Magistrate Judge Kellison, is vacated.

       2.  The Order and Writ of Habeas Corpus Ad Testificandum issued by the undersigned on November 30, 2011 (Dkt. No. 53), is vacated; plaintiff shall not be brought to this court, nor any change made in his custodial status, for purposes of this action.

       3.  All other dates pending in this action, including the hearing on defendants' motion to dismiss scheduled for February 23, 2012, are vacated.

////

4.  The parties shall file dispositional documents, and a stipulated request for dismissal of this action, within twenty-one days after the filing date of this order; if additional time is required, the parties shall file a stipulation and proposed order providing for the requisite extension of time.

SO ORDERED.

DATED:  January 20, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

berg1492.ntc.of.sett.

2