IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOHN BERG,

        Plaintiff,                    No. 2:09-cv-1492 MCE KJN P

    vs.

KAZALEC, et al.,

        Defendants.            ORDER TO SHOW CAUSE

_____/

       Plaintiff pursues this prisoner civil rights action with appointed counsel; defendants are also represented by private counsel. On January 19, 2012, counsel for defendants filed a Notice Of Settlement, pending approval of the settlement terms by the Sacramento County Board of Supervisors. (Dkt. No. 55.) In response, on January 23, 2012, this court directed the parties to file, within twenty-one days, a stipulated request for dismissal of this action, or a stipulated proposed order providing for an extension of time. (Dkt. No. 56.)

       The twenty-one day deadline has passed, but neither defendants' counsel nor plaintiff's counsel has further communicated with the court. It is the responsibility of counsel to comply with all court deadlines, and timely inform the court of any material changes in a pending case. Failure to comply with an order of this court may be grounds for sanctions. See Local Rule 110 ("[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court

1  may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule
2  or within the inherent power of the Court"); see also Local Rule 160(b) ("failure to file
3  dispositional papers on the date prescribed by the Court may be grounds for sanctions").
4         Therefore, counsel for defendants and counsel for plaintiff are hereby directed to
5  show cause, separately and in writing, within fourteen days after the filing date of this order, why
6  counsel did not timely respond to the court's January 23, 2012 order.  If the Sacramento County
7  Board of Supervisors has approved the proposed settlement terms, counsel for all parties shall
8  also file a stipulated request for dismissal; alternatively, counsel may file a stipulated request for
9  an extension of time.
10        SO ORDERED.
11 DATED:  March 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

berg1492.ntc.of.sett.2