1  RANDOLPH CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, SBN 203051
2  Email: rlc@randolphlaw.net
   WENDY MOTOOKA, SBN 233589
3  Email: wmotooka@randolphlaw.net
   1030 G Street
4  Sacramento, CA 95814
   Phone: 916.443-4443
5  Fax:  916.443-2124

6  Attorneys for Defendants SACRAMENTO
   COUNTY SHERIFF'S DEPARTMENT, DEPUTY
7  TODD, DEPUTY TUCKER, DEPUTY
   YOUNGBERG, DEPUTY ROSALES, DEPUTY
8  CATER, DEPUTY MROZINSKI, and DEPUTY
   KACALEK
9
   DOWNEY BRAND
10 JULIANNE KAY
   621 Capitol Mall, 18th Floor
11 Sacramento, CA 95814
   Telephone (916) 520-5544
12 Fax:  (916) 520-5944
   Email: jkay@downeybrand.com
13
   Attorneys for Plaintiff DAVID JOHN BERG
14

15               UNITED STATES DISTRICT COURT

16               EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| DAVID JOHN BERG, | No.: 2:09-cv-01492 MCE KJN |
| Plaintiff, | |
| vs. | |
| JOHN DOES; DEPUTY KAZALEC; DEPUTY ISLAS; DEPUTY YOUNGBERG; DEPUTY TUCKER; DEPUTY KENDRICK; DEPUTY CATOR; DEPUTY MROZINSKY; DEPUTY TODD; DEPUTY ROSALES, | **STIPULATION OF DISMISSAL; ORDER THEREON** |
| Defendants. | |

27  ///

28

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-01492 MCE KJN                         1

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

DATE:  March 16, 2012        RANDOLPH CREGGER & CHALFANT LLP

 /s/ Robert L. Chalfant_____
ROBERT L. CHALFANT
Attorneys for Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES, DEPUTY CATER, DEPUTY MROZINSKI, and DEPUTY KACALEK

DATE:  March 15, 2012        DOWNEY BRAND

 /s/ Julianne Kay_____
JULIANNE KAY
Attorneys for Plaintiff DAVID JOHN BERG

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the instant matter is hereby dismissed, with prejudice.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-01492 MCE KJN

2