RANDOLPH CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@randolphlaw.net
WENDY MOTOOKA, SBN 233589
Email: wmotooka@randolphlaw.net
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES, DEPUTY CATER, DEPUTY MROZINSKI, and DEPUTY KACALEK

DOWNEY BRAND
JULIANNE KAY
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone (916) 520-5544
Fax:  (916) 520-5944
Email: jkay@downeybrand.com

Attorneys for Plaintiff DAVID JOHN BERG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHN BERG,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOHN DOES; DEPUTY KAZALEC; DEPUTY ISLAS; DEPUTY YOUNGBERG; DEPUTY TUCKER; DEPUTY KENDRICK; DEPUTY CATOR; DEPUTY MROZINSKY; DEPUTY TODD; DEPUTY ROSALES,<br><br>　　　　　　Defendants. | No.: 2:09-cv-01492 MCE KJN<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

///

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-01492 MCE KJN

1

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs and attorneys' fees.

DATE: March 16, 2012         RANDOLPH CREGGER & CHALFANT LLP

   /s/ Robert L. Chalfant_____
ROBERT L. CHALFANT
Attorneys for Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY TODD, DEPUTY TUCKER, DEPUTY YOUNGBERG, DEPUTY ROSALES, DEPUTY CATER, DEPUTY MROZINSKI, and DEPUTY KACALEK

DATE:  March 15, 2012         DOWNEY BRAND

   /s/ Julianne Kay_____
JULIANNE KAY
Attorneys for Plaintiff DAVID JOHN BERG

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, the instant matter is hereby dismissed, with prejudice.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION OF DISMISSAL; ORDER THEREON
Case No. 2:11-cv-01492 MCE KJN

2