IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JOHN BERG,

    Plaintiff,                      No. 2:09-cv-1492 MCE KJN P

    vs.

KAZALEC, et al.,

    Defendants.              <u>ORDER</u>

_____/

        In light of the parties' stipulation of dismissal (Dkt. No. 58), and the district judge's approval thereof, resulting in dismissal of this action on March 23, 2012 (Dkt. No. 60), the order to show cause issued by the undersigned on March 8, 2012 (Dkt. No. 57), is hereby discharged.

        SO ORDERED.

DATED: March 26, 2012

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

berg1492.dsch.osc